UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-21130-CIV-GAYLES

CHRISTOPHER HANSEN,

            Plaintiff,

v.

WEST CALLE OCHO SERVICE STATION LLC.,

            Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby **STIPULATE AND AGREE** that they have settled all matters between them at issue in this cause, other than as provided for in the settlement agreement and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) respectfully request the Court enter an Order dismissing this cause with Prejudice against Defendant, with each party to bear their own fees and costs, except as otherwise provided in the parties' settlement agreement, and with this Court retaining jurisdiction for enforcement purposes.

AGREED and STIPULATED on this 7th day of August, 2017.

| | |
|---|---|
| **LAUREN N. WASSENBERG, ESQ** | **IGNACIO M. URBIETA, ESQ.** |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| 1825 NW Corporate Blvd., Suite 110 | 9701 NW 89th Ave. |
| Boca Raton, Florida 33431 | Medley, Florida 33178 |
| Phone: 561-571-0646 | Phone: 305-884-0008 |
| Email: WassenbergL@gmail.com | Email: imurbieta@urbietaoil.com |
| | |
| By: */s/ Lauren N. Wassenberg* | By: */s/ Ignacio Urbieta* |
| Lauren N. Wassenberg, Esq. | Ignacio Urbieta, Esq. |
| Florida Bar No. 34083 | Florida Bar No. |

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 7th day of August 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel or record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Lauren N. Wassenberg*
Lauren N. Wassenberg, Esq.
Florida Bar No. 34083